## TUFTONBOROUGH *v.* FOX & *a.*

A diminution of the ability of a town to build and maintain a highway may be a sufficient change of circumstances to authorize the discontinuance of the highway.

PETITION, for the discontinuance of a highway that had not been constructed. The court reserved the question whether an increase of the town's indebtedness and a decrease of its ability to build and maintain the highway could be a cause of discontinuance.

*Copeland*, for the plaintiffs.

*F. Hobbs* and *Fox*, for the defendants.

DOE, C. J. As the ability of the town to build and maintain the highway was a material part of the question of laying out (*Dudley* v. *Cilley*, 5 N. H. 558, 560, 561; *Winship* v. *Enfield*, 42 N. H. 197, 204, 205), a diminution of that ability is a change of circumstances that may be a sufficient reason for discontinuance. It is possible that after a road is laid out, and before it is built, the resources of the town may be so reduced that the expense of the road would be unreasonably burdensome.

*Case discharged.*

STANLEY, J., did not sit.